UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Christopher Charles Cayce #114033 | Case No.  15-mc-80256-JD<br><br>**ORDER OF SUSPENSION** |

Because Christopher Charles Cayce has failed to respond to the Order to Show Cause, Christopher Charles Cayce's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  December 4, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Christopher Charles Cayce #114033 | Case No.  15-mc-80256-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/4/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Charles Cayce
470 Tyler Street
2nd Floor
Monterey, CA 93940

Dated: 12/4/2015

Susan Y. Soong
Clerk, United States District Court

By: _____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato